CHARLES ROBERTS STEPHENS V. THE STATE.

No. 22693. Delivered December 22, 1943.

The opinion states the case.

*G. Q. Youngblood,* of Dallas, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

Upon his plea of guilty of theft of property of the value of more than fifty dollars, appellant was awarded a term of four years' confinement in the penitentiary.

The indictment appears regular. The record is before this court without statement of facts or bills of exceptions. In the absence of the evidence adduced upon the trial, this court is unable to appraise the matter presented in the motion for a new trial.

No error appearing, the judgment is affirmed.